ROSENBAUM & ASSOCIATES, P.C.
By: JEFFREY M. ROSENBAUM, ESQUIRE- ID #51719
1818 Market Street, Suite 3200
Philadelphia, PA19103
(215) 569-0200

MAJOR NON-JURY
Hearing on Assessment
of Damages is Required

Attorney for Plaintiff

Filed and Attested by the
Office of Judicial Records
19 AUG 2026 11:35 am
S. GILLIAM

| | |
|---|---|
| NADEIGE LEGAGNEUR<br>229 Harvey Road, Apartment 1<br>Philadelphia, PA 19114<br>Plaintiff | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY<br>:<br>: TERM, 2026 |
| vs. | :<br>: NO. |
| PROGRESSIVE SPECIALITY INSURANCE COMPANY<br>P.O. Box 94670<br>Cleveland, OH 44101<br>Defendant | :<br>:<br>:<br>:<br>: |

## 2V-Motor Vehicle Accident-Complaint in Civil Action

## NOTICE

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU. YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

LAWYER REFERRAL & INFORMATION SERVICE
Philadelphia Bar Association
1101 Market Street, 11th Floor
Philadelphia, Pennsylvania 19107
Phone: (215) 238-6333

## AVISO

LE HAN DEMANDADO A USTED EN LA CORTE. SI USTED QUIERE DEFENDERSE DE ESTAS DEMANDAS EXPUESTAS EN IAS PAGINAS SIGUIENTES, USTED TIENE VIENTE (20) DIAS DE PLAZO AL PARTIR DE LA FECHA DE LA DEMANDA Y LA NOTIFICACION. HACE FALTA ASENTAR UNA COMPARENCIA ESCRITA O EN PERSONA O CON UN ABOGADO Y ENTREGAR A LA CORE EN FORMA ESCRITA SUS DEFENSAS O SUS OBJECIONES A LAS DEMANDAS EN CONTRA DE SU PERSONA. SEA AVISADO QUE SI USTED NO SE DEFIENDE, LA CORTE TOMARA MEDIDAS Y PUEDE CONTINUAR LA DEMANDA EN CONTRA SUYA SIN PREVIO AVISO O NOTIFICACION. ADEMAS, LA CORTE PUEDE DECIDIR A FAVOR DEL DEMANDANTE Y REQUIERE QUE USTED CUMPLA CON TODAS LAS PROVISIONES DE ESTA DEMANDA. USTED PUEDE PERDER DINERO O SUS PROPIEDADES U OTROS DERECHOS IMPORTANTES PARA USTED. LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

SERVICIO DE REFERENCIA E INFORMACION LEGA
LAWYER REFERRAL & INFORMATION SERVICE
Philadelphia Bar Association
1101 Market Street, 11th Floor
Philadelphia, Pennsylvania 19107
Phone: (215) 238-6333

ROSENBAUM & ASSOCIATES, P.C.
By: JEFFREY M. ROSENBAUM, ESQUIRE- ID #51719
1818 Market Street, Suite 3200
Philadelphia, PA19103
(215) 569-0200

MAJOR NON-JURY
Hearing on Assessment
of Damages is Required

Attorney for Plaintiff

| | |
|---|---|
| NADEIGE LEGAGNEUR<br>229 Harvey Road, Apartment 1<br>Philadelphia, PA 19114<br>Plaintiff | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY<br>:<br>: TERM, 2026 |
| vs. | :<br>: NO. |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY<br>P.O. Box 94670<br>Cleveland, OH 44101<br>Defendant | :<br>:<br>:<br>:<br>: |

2V-Motor Vehicle Accident-Complaint in Civil Action

1. The plaintiff, Nadeige Legagneur, is an adult individual and resident of the Commonwealth of Pennsylvania, residing as captioned above and at all times relevant hereto was the owner and operator of one of the vehicles involved herein.
2. The defendant, Progressive Specialty Insurance Company, is a corporation, partnership or fictitious name of an individual or individuals, with a place of business located at the above address, and at all times relevant hereto provided automobile liability insurance and uninsured/underinsured motorists benefits for plaintiff, Nadeige Legagneur, who is a named insured under said insurance policy. A copy of the said declarations page is attached hereto as Exhibit "A".
3. At all times relevant hereto, the defendants were acting through their agents, servants and/or employees within the course and scope of their employment, and the doctrine of Respondeat Superior is invoked herein.
4. At all times relevant hereto, all defendants were acting as the agents, servants,

workmen and/or employees of all other named defendants.

5. On or about the 20th day of June, 2025, at or about 9:20 a.m., an unidentified vehicle was traveling in the vicinity of Crescentville Road and Cheltenham Avenue, Philadelphia, Pennsylvania, when said motor vehicle was so carelessly and negligently operated that the vehicle collided with the vehicle operated by plaintiff, a result of which caused plaintiff to sustain severe and serious injuries as more fully set forth hereinafter.

6. Plaintiff avers that the aforesaid collision was caused by the negligence of the unidentified vehicle, as aforesaid, as follows:

   a. Operating said motor vehicle at an excessive rate of speed under the circumstances;

   b. Failing to operate said motor vehicle with due regard for the rights, safety, points and position of the motor vehicle occupied by the plaintiff;

   c. Failing to avoid said collision;

   d. Following another vehicle too closely;

   e. Failing to keep a proper lookout for other motor vehicles;

   f. Negligently striking the rear of plaintiff's vehicle;

   g. Failing to maintain defendant's' vehicle in an operable/safe condition;

   h. Negligently entrusting the operation of a motor vehicle to a person defendants knew or should have known would not properly operate said motor vehicle;

   i. Negligently using a distracting electronic device, including but not limited to talking and/or texting on a cell phone; and,

   j. Failing to heed existing traffic patterns.

7. Solely because of the negligence of the uninsured/underinsured vehicle acting as aforesaid, the plaintiff was caused to sustain serious physical injury in and about the

person, including but not limited to plaintiff's neck and back, as well as a severe shock to the nerves and nervous system and was or may have been otherwise injured, whereby plaintiff has suffered and may continue to suffer in the future.

8. Plaintiff may have sustained other injuries and pre-existing conditions may have been aggravated.

9. Plaintiff avers that some or all of the injuries sustained may be or are of a permanent nature and character.

10. As a further result of the aforesaid accident, plaintiff has been unable in the past, and is likely to continue to be unable in the future, to attend to plaintiff's usual duties, activities, vocations and avocations, all to plaintiff's great financial loss and detriment.

11. As a further result of the aforesaid accident and resultant injuries, plaintiff has expended and is in the future likely to expend substantial sums of monies for the care, treatment and attempted cure of plaintiff's injuries, all to plaintiff's great financial loss and detriment.

12. As a further result of the aforesaid accident and resultant injuries, plaintiff has been caused to undergo in the past and is likely to undergo in the future, severe pain, suffering, inconvenience and embarrassment, all to plaintiff's great financial loss and detriment.

13. Plaintiff is entitled to full tort benefits in this matter, or in the alternative, no tort limitations limit plaintiff's claim in any way.

14. The defendant, Progressive Specialty Insurance Company, is and was duly licensed in the sale, issuance and distribution of policies of automobile insurance

providing various forms of coverage to drivers, passengers and owners of automobiles in this Commonwealth.

15. The defendant, Progressive Specialty Insurance Company, did issue to Nadeige Legagneur, for consideration an insurance policy which provided for uninsured/underinsured motorist coverage" and that under said coverage, the defendants agreed to pay all sums which the insured and/or lawful occupants of the insured's vehicle would legally be entitled to recover as damages from the owner and/or operator of an uninsured/underinsured motor vehicle because of bodily injury sustained by their insured and/or lawful occupants of the insured's vehicle. A copy of the of said declarations page is attached hereto as Exhibit “A”.

16. The defendant, Progressive Specialty Insurance Company, is therefore liable to the plaintiff for her injuries, damages and losses aforesaid, caused by reason of the negligence and carelessness of the operator of the uninsured/underinsured vehicle.

17. Plaintiff, Nadeige Legagneur, has fully complied with all provisions of the insurance policy to date, but in spite of such compliance the defendant, Progressive Specialty Insurance Company, has refused to properly negotiate a reasonable settlement for the injuries and damages sustained in the aforesaid automobile accident pursuant to its policy and contract of insurance which covers the plaintiff, Nadeige Legagneur.

WHEREFORE, plaintiff, Nadeige Legagneur, demands judgment against the defendant, Progressive Specialty Insurance Company, in a sum in excess of the

arbitration limits and in excess of the Federal Court jurisdictional limits for cases based on diversity jurisdiction.

ROSENBAUM AND ASSOCIATES, P.C.

By: ____________________________________
JEFFREY M. ROSENBAUM, ESQUIRE
Attorney for Plaintiff

DATE:

# VERIFICATION

Jeffrey M. Rosenbaum, Esquire, states that he is the attorney for the Plaintiffs herein, that he is acquainted with the facts set forth in the foregoing Complaint in Civil Action and that the same are true and correct to the best of his knowledge, information and belief; and that this statement is made subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

JEFFREY M. ROSENBAUM, ESQUIRE

DATE:

# EXHIBIT "A"

ACA CLUB INS AGY INC
1 RIVER PLACE
WILMINGTON, DE 19801

PROGRESSIVE AUTO

**Policy Number: 992022761**
Underwritten by:
Progressive Specialty Insurance Co
March 10, 2025
Policy Period: Jan 23, 2025 - Jul 23, 2025
Page 1 of 2

NADEIGE LEGAGNEUR
229 W HARVEY ST
UNIT 1
PHILADELPHIA, PA 19144

**1-800-979-9648**
**ACA CLUB INS AGY INC**
Contact your agent for personalized service.

**progressiveagent.com**
**Online Service**
Make payments, check billing activity, update policy information or check status of a claim.

**1-800-274-4499**
To report a claim.

# Auto Insurance Coverage Summary

## This is your Declarations Page
## Your policy information has changed

Your coverage began on January 23, 2025 at the later of 12:01 a.m. or the effective time shown on your application. This policy period ends on July 23, 2025 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy contract is form 9611A PA (02/16). The contract is modified by form A230 (11/16).

### COLLISION COVERAGE FOR RENTAL VEHICLES

**IF THIS POLICY PROVIDES COLLISION COVERAGE, IT WILL APPLY TO VEHICLES YOU RENT, BUT NOT TO VEHICLES RENTED FOR 6 MONTHS OR MORE.**

### FRAUD NOTICE

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

### Policy changes effective March 9, 2025

| | |
|---|---|
| Premium change: | $60.09 |
| Changes: | A Snapshot Participation discount has been removed from the 2014 FORD ESCAPE. |

### Underwriting Company

Progressive Specialty Insurance Co
P.O. Box 6807
Cleveland , OH 44101
1-800-876-5581

### Drivers and resident relatives

| | Additional information |
|---|---|
| Nadeige Legagneur | First Named insured |

## Outline of coverage

**2014 FORD ESCAPE 4 DOOR WAGON**

VIN: **1FMCU9J90EUB21450**

Garaging ZIP Code: 19144

Primary use of the vehicle: Commute

Length of vehicle ownership when policy started or vehicle added: 5 years or more

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $317 |
| Bodily Injury Liability | $100,000 each person/$300,000 each accident | | |
| Property Damage Liability | $100,000 each accident | | |
| First Party Benefits | | | 47 |
| Medical Expenses | $5,000 each person | | |
| Uninsured Motorist - Nonstacked | $100,000 each person/$300,000 each accident | | 21 |
| Underinsured Motorist - Nonstacked | $100,000 each person/$300,000 each accident | | 85 |
| Comprehensive | Actual Cash Value | $500 | 115 |
| Collision | Actual Cash Value | $500 | 193 |
| Rental Reimbursement | up to $40 each day/maximum 30 days | | 21 |
| **Total 6 month policy premium** | | | **$799.00** |

## Premium discounts

| Policy | |
|---|---|
| 992022761 | Five-Year Accident Free, Electronic Funds Transfer (EFT), Continuous Insurance: Gold, Paperless and Three-Year Safe Driving |

| Vehicle | |
|---|---|
| 2014 FORD ESCAPE | Driver and Passenger-side Airbag, Passive Anti-theft Device and Smart Technology Discount |

Smart Technology Discount [SM] is a service mark of Progressive Casualty Ins. Co.

## Tort Option

This policy provides limited tort insurance.

## Company officers

President

Secretary